LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
TELEPHONE: (530) 895-3252
FAX: (530) 894-8244

Attorneys for Plaintiff
TONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD LYON dba TACO BELL #15624; HWB ENTERPRISES, LP,<br><br>    Defendants. | Case No. CIV. S-08-0509-WBS-EFB<br><br>**PLAINTIFF'S REQUEST TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON** |

Plaintiff hereby requests that the date for the Status Conference be continued at least twenty one (21) days or to a date more convenient for the Court. Plaintiff makes this request due to the fact that defendant Arnold Lyon dba Taco Bell has been served in this action, but has not yet appeared and defendant HWB Enterprises L.P. has not yet been served. Therefore, plaintiff respectively submits that it would be counter productive to file a Status Report or hold a Status Conference at this time.

Dated: April 15, 2008                DISABLED ADVOCACY GROUP, APLC


*/s/ Lynn Hubbard, III, Esquire*
LYNN HUBBARD, III
Attorney for Plaintiff Tony Martinez

ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Status Conference is hereby continued to:   **June 30, 2008 at 2:00 p.m.**

Dated:  April 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE