1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN 212970
   **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   TELEPHONE: (530) 895-3252
4  FAX: (530) 894-8244

5  Attorneys for Plaintiff
   TONY MARTINEZ
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY MARTINEZ, | Case No. CIV. S-08-0509-WBS-EFB |
|---|---|
| Plaintiff, | **PLAINTIFF'S SECOND REQUEST TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER THEREON** |
| v. | |
| ARNOLD LYON dba TACO BELL #15624; HWB ENTERPRISES, LP, | |
| Defendants. | |

*Martinez v. Lyon, et al.,* Case No. CIV.S 08-0509-WBS-EFB
Plaintiff's Request to Continue Status Conference and [Proposed] Order Thereon
- 1 -

Plaintiff hereby requests that the Status Conference be continued to a date more convenient for the Court (after July 4, 2008.) Plaintiff makes this request because Defendant Arnold Lyon dba Taco Bell was served on April 1, 2008, but has not appeared and defendant HWB Enterprises L.P. has not been served at all. (The last day for service under Rule 4(m) is July4, 2008.) As such, Plaintiff believes that it would be counter productive to file a Status Report or hold a Status Conference at this time and has thus requested this continuance.

Dated: June 16, 2008            DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III, Esquire*
LYNN HUBBARD, III
Attorney for Plaintiff Tony Martinez

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Status Conference is hereby continued to **August 11, 2008 at 2:00 p.m.**

Dated:  June 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE