1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10
                          ----oo0oo----
11

12  TONY MARTINEZ,
                                NO. CIV. 08-0509 WBS EFB
13                                     ORDER
              Plaintiff,
14
         v.
15
    ARNOLD LYON, et al. d/b/a
16  TACO BELL #15624; HWB
    ENTERBRISES, L.P.;RAINBOW
17  MARKET OF OLIVEHURST,
    INC.,
18
              Defendants.
19                                    /

20
                          ----oo0oo----
21

22        Because the non-governmental corporate entities in this

23  action have inexplicably failed to comply with the court's Order

24  requiring them to include a statement in the parties' Joint

25  Status Report "identifying all [their] parent corporations and

26  listing any publicly held company that owns 10% or more the

27  party's stock," (Mar. 6, 2008 Order Setting Status (Pretrial

28  Scheduling) Conference 3:25-4:4), the Status (Pretrial

                              1

1  Scheduling) Conference currently scheduled for August 11, 2008 is

2  hereby continued to August 25, 2008.   The non-governmental

3  corporate entities are instructed to file the aforementioned

4  statements no later than August 18, 2008.

5          IT IS SO ORDERED.

6  DATED:   August 8, 2008

7

8  _____
   WILLIAM B. SHUBB

9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28