1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  CRIS VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
8  6207 SOUTH WALNUT STREET, SUITE 800
   LOOMIS, CALIFORNIA 95650
   Telephone: (916) 660-9401
9  Fax: (916) 660-9378

10 Attorney for Defendants

11

12

13                     UNITED STATES DISTRICT COURT

14                     EASTERN DISTRICT OF CALIFORNIA

15 TONY MARTINEZ                          Case No. CIV. S-08-0509-WBS-EFB

16         Plaintiff,

17 v.                                     **STIPULATION OF DISMISSAL AND
                                          [PROPOSED] ORDER THEREON**
18 LYON et al, dba TACO BELL #15624, HWB
   ENTERPRISES, LP; RAINBOW MARKET
19 OF OLIVEHURST, INC.,

20         Defendants.
                                    /
21

22

23

24

25

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                *Martinez v Lyon, et al.*
                                                                     CIV. S-08-0509-WBS-EFB

1  TO THE COURT AND ALL PARTIES:

2  Pursuant to a Settlement Agreement and Release between plaintiff, TONY
3  MARTINEZ, and defendants, LYON et al, dba TACO BELL #15624 and RAINBOW
4  MARKET OF OLIVEHURST, LP, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties
5  hereby request that all parties be dismissed with prejudice from the above-entitled action.

8  Dated: February 4, 2009         DISABLED ADVOCACY GROUP, APLC

10                                  */s/ Lynn Hubbard, III*
11                                  LYNN HUBBARD, III
                                    Attorney for Plaintiff

13  Dated: February 3, 2009         VAUGHAN & ASSOCIATES

15                                  */s/ Cris Vaughn*
                                    CRIS VAUGHAN
16                                  Attorney for Defendants

19  **ORDER**

20  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-08-
21  0509-WBS-EFB, is hereby dismissed with prejudice.

23  Dated:  February 6, 2009

                                    _____
25                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE